NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHAUN L.W. SAMUELS,**
*Plaintiff-Appellant*

**v.**

**TRIVASCULAR, INC., MICHAEL V. CHOBOTOV, ROBERT G. WHIRLEY, JOSEPH W. HUMPHREY,**
*Defendants-Appellees*

---

2016-1490

---

Appeal from the United States District Court for the Northern District of California in No. 3:13-cv-02261-EMC, Judge Edward M. Chen.

---

**JUDGMENT**

---

JAMES D. PETRUZZI, The Petruzzi Law Firm, Houston, TX, argued for plaintiff-appellant. Also represented by EVERETT G. DIEDERIKS, JR., NICHOLAS SPENCER WHITELAW, Diederiks & Whitelaw PC, Woodbridge, VA.

WILLIAM H. BURGESS, Kirkland & Ellis LLP, Washington, DC, argued for defendants-appellees. Also represented by JOHN C. O'QUINN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 3, 2016                /s/ Peter R. Marksteiner
    Date                       Peter R. Marksteiner
                               Clerk of Court